
RECEIVED
DEC 16 2014
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

DAWDA DRAMMEH 81479083
FCI Pollock
P.O. Box 2099
Pollock, LA 71467

UNITED STATES DISTRIC COURT
EASTERN DISTRIC OF VIRGINIA
701 East BROAD STREET, Suite 3000
RICHMOND, VA 23219

RE: United States vs Dawda Drammeh 3:13CR021-HEH-1

I will Like to Get a Copy of My Docket sheet. A check have been forward to Untied States Eastern Distric Court of Virgina from the Breaou of Prision on the exact amount of ¢.30. The Check Should Reach your office on about 7 to 10 Business Days.

Sincerely
Dawda Drammeh